UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MARY M. ADAME, *et al.*,

          Plaintiff,

vs.

VENETIAN CASINO RESORT, LLC, etc.,

          Defendant.

2:11-cv-553-RLH-RJJ

**ORDER**

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on January 5, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __13th__ day of October, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge