UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARY M. ADAME, *et al.*,<br><br>               Plaintiff,<br><br>vs.<br><br>VENETIAN CASINO RESORT, LLC, etc.,<br><br>               Defendant. | 2:11-cv-553-RLH-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on January 5, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __13th__ day of October, 2011.

                                                  ROBERT J. JOHNSTON<br>
                                                  United States Magistrate Judge