UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARY M. ADAME, *et al.*, | )<br>) |
| Plaintiff, | ) 2:11-cv-0553-RLH-RJJ<br>) |
| vs. | )<br>) |
| VENETIAN CASINO RESORT, LLC., etc., *et al.*, | ) **ORDER**<br>)<br>) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on April 30, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  25th  day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge