# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MARY M. ADAME, *et al.*, | ) | |
| Plaintiff, | ) | 2:11-cv-0553-MMD-RJJ |
| vs. | ) | |
| VENETIAN CASINO RESORT, LLC, etc., | ) | **ORDER** |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on July 9, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __23rd__ day of May, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge